UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FELTS, | No. 2:16-cv-2167-MCE-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| FBI, | |
| Defendant. | |

    Plaintiffs initially commenced this action and paid the filing fee on September 12, 2016. (ECF No. 1.) Presently pending before the court is defendant's motion to dismiss the action, which was noticed for hearing on December 15, 2016. (ECF No. 7.) Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days prior to the hearing, i.e., by December 1, 2016. Although that deadline has now passed, the court has yet to receive a responsive filing from plaintiff.

    The court has considered whether the action should be dismissed at this juncture. However, in light of plaintiff's *pro se* status and the court's desire to resolve the action on the merits, the court grants plaintiff an additional opportunity to oppose the motion, if he desires to do so. Alternatively, if plaintiff determines that he no longer wishes to pursue this action, he may instead file a notice of voluntary dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1

The court also notes that plaintiff has already consented to the jurisdiction of a United States Magistrate Judge for all purposes, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c). Therefore, within 21 days of this order, defendant shall file a brief statement indicating whether or not it consents to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Importantly, defendant is under no obligation to so consent, but the designation merely assists the court in determining how the action will be administratively processed.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 15, 2016 hearing on the pending motion to dismiss is VACATED.
2. No later than January 5, 2017, plaintiff shall file either an opposition to the pending motion or a request for voluntary dismissal of the action without prejudice.
3. Defendant shall file any reply brief no later than January 19, 2017.
4. No further briefing will be permitted, unless specifically requested by the court. After review of the parties' written briefing, the court will schedule a hearing on the motion, if deemed necessary.
5. Plaintiff is cautioned that failure to file an opposition to the pending motion or a request for voluntary dismissal of the action without prejudice by the required deadline may result in dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).
6. Within 21 days of this order, defendant shall file a brief statement indicating whether or not it consents to the jurisdiction of a United States Magistrate Judge for all purposes, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c).

IT IS SO ORDERED.

Dated: December 5, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE